IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN 13 PM 2: 34

TX EASTERN-MARSHALL

| | |
|---|---|
| **ACHATES REFERENCE PUBLISHING, INC.,** *Plaintiff,* vs. **MICROSOFT CORPORATION,** *Defendant.* | Civil Action No. **2-07CV-245** BY_____ JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rules of Civil Procedure 7.1, Plaintiff, through its undersigned counsel, states that: (1) Achates Reference Publishing, Inc., a New Jersey corporation, has no parent corporation and (2) no publicly held corporation owns 10% or more of the stock of Achates Reference Publishing, Inc.

Dated:   June 13, 2007

Respectfully submitted,

By: _____
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Andrew W. Spangler
State Bar No. 24041960
Email: aspangler@mailbmc.com
**BROWN MCCARROLL, L.L.P.**
1127 Judson Road Suite 220
Longview, Texas 75601
P.O. Box 3999
Longview, Texas 75606
Phone: (903) 236-9800
Facsimile: (903) 236-8787

1

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787164
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
**PARKER, BUNT & AINSWORTH**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Phone: (903) 531-3535
Facsimile: (903) 533-9687

*Attorneys for Plaintiff*
*Achates Reference Publishing, Inc.*

*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4837
Facsimile: (973) 639-6477
Email: vmcgeary@gibbonslaw.com

Michael Cukor
New York State Bar No. 3935889
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Phone: (212) 613-2013
Facsimile: (212) 554-9658
Email: mcukor@gibbonslaw.com

2

AUS:3944024.1
1 815