IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ACHATES REFERENCE PUBLISHING INC.,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MICROSOFT CORPORATION,**<br>      **Defendant.** | 2:07-cv-245 (LED-CE) |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULE 3-3 AND 3-4

Pursuant to the Court's March 11, 2008 Docket Control Order, Defendant Microsoft Corporation ("Microsoft") hereby files this notice confirming that it has complied with P.R. 3-3 and served on Plaintiff Achates Reference Publishing, Inc. via e-mail Defendant's Preliminary Invalidity Contentions and P.R. 3-4 Document Production Accompanying Preliminary Invalidity Contentions on April 3, 2008.

Dated: April 3, 2008

                                                Respectfully submitted,

                                                /s/ Eric H. Findlay
                                                Eric H. Findlay
                                                Ramey & Flock PC
                                                100 E. Ferguson, Suite 500
                                                Tyler, TX 75702-0629
                                                Tel. (903) 510-5213
                                                Fax (903) 597-2413
                                                E-mail: efindlay@rameyflock.com

                                                Ruffin Cordell
                                                Fish & Richardson P.C.
                                                1425 K Street, N.W.
                                                Washington, D.C. 20005
                                                Tel. (202) 783-5070

        Fax (202) 783-2331
        E-mail: cordell@fr.com

        Kurt L. Glitzenstein (Pro Hac Vice)
        Fish & Richardson P.C.
        225 Franklin Street
        Boston, MA 02110-2804
        Tel. (617) 542-5070
        Fax (617) 542-8906
        E-mail: glitzenstein@fr.com


        Counsel for Defendant
        MICROSOFT CORPORATION


## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of April, 2008, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.


        _/s/Eric H. Findlay_____
        Eric H. Findlay